RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 12/20/12
BY Dm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DAVID L. HICKS, ET AL | CIVIL ACTION NO. 12-cv-1548 |
| VERSUS | JUDGE WALTER |
| CADDO PARISH ANIMAL CONTROL, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Temporary Restraining Order (Doc. 2)** is **denied.** Plaintiff's complaint is **dismissed without prejudice** for lack of subject-matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 20th day of December, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE